William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
101 Salisbury Street
Dededo, Guam 96929
Telephone:  632-4357
Facsimile:   632-4368

Attorneys for Plaintiff
MARLENE ONGESII

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARLENE ONGESII, | CIVIL CASE NO. 15-00017 |
| Plaintiff, | |
| vs. | ORDER FOR DISMISSAL WITH PREJUDICE |
| GURUSAMY, INC. dba HEALTH SERVICES OF THE PACIFIC, | |
| Defendant. | |
| _____/ | |

The parties' Stipulation for Dismissal with Prejudice (ECF No. 59) is **GRANTED**.

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED** with prejudice.

    **SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**DATED: March 7, 2018**